UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KARLA LEE,

    Plaintiff,

v.                                  CAUSE NO. 3:24-cv-88 DRL-SJF

SOUTH BEND COMMUNITY SCHOOL
CORPORATION *et al.*,

    Defendant.

## ORDER

The parties filed a joint stipulation to dismiss counts IV-VI of the amended complaint with prejudice. The motion cites Rule 41. Because this isn't a proposed dismissal of the entire action, Rule 41 doesn't apply. *See Taylor v. Brown*, 787 F.3d 851, 857-58 (7th Cir. 2015). Rule 15 instead authorizes a pleading's amendment that drops singular parties or claims, and the court freely gives leave when justice so requires—not least when the parties stipulate. *See id.* at 858; Fed. R. Civ. P. 15(a)(2).

As written, the rules could prove terribly inefficient for counsel and clients if they were required to file an amended complaint, thereby triggering a new answer, just to perform the simple task of removing a claim or party that everyone agrees has turned out immaterial to the suit, not least forgetting the longstanding tradition of pursuing this relief in many federal courts facilely under Rule 41(a). So the court deems these amendments (by deletion rather than interlineation) effectuated through this order without need to file amended pleadings.

Accordingly, the court GRANTS the motion [46] and DISMISSES with prejudice counts IV-VI, albeit by way of amendment instanter under Rule 15, those parties to bear their own costs and fees. This action remains pending as to counts I-III.

SO ORDERED.

March 10, 2025                                 *s/ Damon R. Leichty*
                                                  Judge, United States District Court