UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KARLA LEE,

    Plaintiff,

v.                                              CAUSE NO. 3:24cv88 DRL

SOUTH BEND COMMUNITY SCHOOL
CORPORATION *et al.*,

    Defendants.

## ORDER

Karla Lee and South Bend Community School Corporation filed a joint stipulation to dismiss this lawsuit. The parties confirmed that their joint stipulation asks the court to dismiss all claims against all defendants with prejudice.

Accordingly, the court GRANTS the joint stipulation [57] and DISMISSES this case with prejudice, with the parties to bear their own costs and fees.

SO ORDERED.

December 17, 2025                              *s/ Damon R. Leichty*
                                                                  Judge, United States District Court